TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00623-CV







Oryx Energy Company, Appellant



v.



Bank One, Texas, National Association, Trustee of the G. R. White Trust;


Bank One, Texas, National Association, Trustee of the Joy Lina White Trust;


Ronny D. Alexander; Robin Gay Alexander; Roy L. Cox; Linda Cox Glosson;


Emma R. Cox; Kelly Hoffman; Joe W. McDonald; John E. Reed; CCF, Inc.;


and Scurlock Permian Corporation, Appellees







FROM THE DISTRICT COURT OF CONCHO COUNTY, 198TH JUDICIAL DISTRICT


NO. 3214-A, HONORABLE V. MURRAY JORDAN, JUDGE PRESIDING







PER CURIAM


 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: May 31, 1995 

Do Not Publish